# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTOINE MARQUISE GENTLE,

    Plaintiff,

  v.

F. MONTAGO, et al.,

    Defendants.

Case No. C 14-1233 KAW (PR)

ORDER OF TRANSFER

Plaintiff Antoine Marquise Gentle, a state prisoner currently incarcerated at the High Desert State Prison, has filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by the medical staff at Deuel Vocational Institution ("DVI"). Specifically, he alleges that medical staff at DVI violated his constitutional rights by failing to treat his serious medical need.

The acts complained of in this complaint occurred at DVI, which is located in San Joaquin County in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 5/9/14

_Kandis Westmore_
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE